# United States District Court
## Violation Notice
(Rev. 1/2019)

NP22259922

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A107 | 9689197 | STACK | 1795 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/25/2022 0637 | 36 CFR 2.34(a)(3) |

**Place of Offense**
Rouser Hall Rm 6

**Offense Description Factual Basis for Charge**    HAZMAT
Disorderly Conduct - Unreasonable noise.

### DEFENDANT INFORMATION    Phone

| Last Name | First Name | M.I. |
|---|---|---|
| HAMMEL | CAITLYN | M |

**Street Address**

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| PRINCESS ANNE | MD | 21853 | /2001 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security N |
|---|---|---|---|
| | | MD | 1429 |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BRO | Eyes | Height 5'05 | Weight 180 |
|---|---|---|---|---|---|

### VEHICLE   VIN   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court See instructions
Arrest

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →** $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
TO DISCUSS PRE-TRIAL OPTIONS:
JENNIFER VANDRAGT
(928)556-5011

Date ___   Time ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

---

UNITED STATES DISTRICT COURT VIOLATION NOTICE
Case #: NP22259922
3:22-mj-04321-PCT-CDB

---

Page 1 of 1

Violation No. 9689197    Loc. Code A107
### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 25, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park

at approximately 0637 hours, I responded to the report of an ongoing noise disturbance at Rouzer Hall room 6. Rouzer Hall is a residential dormitory for concessionaire employees. While responding, dispatch told me the reporting party, who was on the same floor and hall as room 6, could hear a male saying "stop hitting me". Upon arriving at Rouzer at 0650, I saw a white male outside the window of room 6. As I entered Rouzer, witnesses told me he was involved in the ongoing disturbance. He fled the scene. I contacted Caitlyn HAMMEL, who I identified by her MD ID, at room 6. According to HAMMEL, she had been in a loud verbal argument with her roommate and boyfriend, Noah WATERS who was the male that fled. HAMMEL told me she had pushed WATERS during the argument to keep him from leaving. Witnesses next door confirmed the ongoing verbal arguments that morning and the previous evening as well. I arrested HAMMEL under 36 CFR 2.34(a)(3) - unreasonable noise. There is body cam footage of this incident.

Case # NP22259922

The foregoing statement is based upon:
☒ My personal observation    ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**DAVID STACK** Digitally signed by DAVID STACK Date: 2022.08.25 12:01:58 -07'00'

Executed on: ___ Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Camille D. Bibles** Digitally signed by Camille D Bibles Date: 2022.08.25 16:11:18 -07'00'

Executed on: ___ Date (mm/dd/yyyy)    U.S. Magistrate Judge